# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SHAPERO, WALTER | U.S. BANKRUPTCY COURT | 08/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  UNITED STATES BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

THEODORE LEVIN COURTHOUSE
231 W. LAFAYETTE, ROOM 1029
DETROIT MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | DIRECTOR/TREASURER | SAMUEL & HAROLD SHAPERO FOUNDATION |
| 3. | TRUSTEE & PERSONAL REPRESENTATIVE | SIDNEY L. COHN TRUST & ESTATE (ASSETS PART VII, LINCO 206-209) |
| 4. | | |
| 5. | CO-TRUSTEE | FAMILY TESTAMENTARY TRUST (SS F/B/O BEV COHN) (ASSETS PART VII, LINES 30-31) |
| 6. | | |
| 7. | | |
| 8. | PARTNER | BROMOCO (INVESTMENT PARTNERSHIP NOMINALLY HOLDING CERTAIN LTD. PTRSHP INTERESTS) |
| 9. | TRUSTEE | FAMILY TRUST (HMS) (11/6/92) F/B/O |
| 10. | | |
| 11. | | |
| 12. | TRUSTEE | CS (ASSETS PART VII, LINES 49-52) |
| 13. | | |
| 14. | TRUSTEE | SS (ASSETS PART VII, LINES 57-60) |
| 15. | TRUSTEE | MS (ASSETS PART VII, LINES 61-63) |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

| | | |
|---|---|---|
| 16. | TRUSTEE | YS (ASSETS PART VII, LINES 64-66) |
| 17. | TRUSTEE/BENEFICIARY | WALTER SHAPERO LIVING TRUST DATED 8/26/92; WALTER SHAPERO TRUSTEE(ASSETS PART VII, LINES 14-29 & 32 &33) |
| 18. | | |
| 19. | | |
| 20. | CO-TRUSTEE | FAMILY TRUST(WS CRT DATED 6/6/97) (ASSETS PART VII, LINES 67-170 & 237-243 & 257-304 & 326-348) |
| 21. | | |
| 22. | | |
| 23. | TRUSTEE/BENEFICIARY | KATHLEEN STRAUS LIVING TRUST DATED 7/13/95; KATHLEEN STRAUS TRUSTEE (ASSETS PART VII, LINES 349-368) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/82 | BUTZEL LONG PENSION PLAN (PLAN TRUSTEES ARE MEMERS OF THE BUTZEL LONG LAW FIRM) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2014 | STATE OF MICHIGAN - EDUCATOR |
| 2. | 12/31/2014 | TEACHERS INSURANCE & ANNUITY ASSOC - PENSION |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIRST MERIT CORP (FRMLY CITIZENS REPUBLIC BANCORP INC.) | A | Dividend | K | T | | | | | |
| 2. FRANKLIN ADJ US GOVT SEC FUND | B | Dividend | M | T | Sold (part) | 08/22/14 | J | | |
| 3. BERKSHIRE HATHAWAY B (COM) TAX FREE TRUST | | None | L | T | | | | | |
| 4. ABERDEEN ISRAEL FUND (FRMLY THE FIRST ISRAEL FUND INC.) | A | Dividend | J | T | | | | | |
| 5. FRANKLIN CUSTODIAN FUNDS/US GOVT SER | C | Dividend | M | T | Sold (part) | 08/22/14 | J | | |
| 6. | | None | | | | | | | |
| 7. MORGAN STANLEY BANK ACCOUNT | A | Interest | M | T | | | | | |
| 8. | | None | | | | | | | |
| 9. INVESCO VK EQUITY & INCOME (FRMLY VAN KAMPEN E & I FUND) | A | Dividend | K | T | | | | | |
| 10. STATE OF ISRAEL BOND | | None | J | T | | | | | |
| 11. JP MORGAN CHASE BANK FORMERLY BANK ONE (SAV. & CHECK) | A | Interest | L | T | | | | | |
| 12. WESTERN RESERVE PTRSHP. MHP N. MADISON OHIO | C | Rent | L | U | | | | | |
| 13. BUTZEL LONG PENSION | C | Distribution | K | T | | | | | |
| 14. WALTER SHAPERO LIVING TRUST (8/26/92)(POSITION 17) | | | | | | | | | |
| 15. LOOMIS SAYLES SMALL CAP VALUE FUND I | E | Dividend | M | T | | | | | |
| 16. JP MORGAN FLOAT RATE INCOME FUND | A | Dividend | K | T | | | | | |
| 17. LOOMIS SAYLES VALUE FUND | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP MORGAN SHORT DURATION BOND FUND | A | Dividend | L | T | | | | | |
| 19. JP MORGAN TAX FREE MONEY MARKET | A | Dividend | K | T | Buy (add'l) | 07/01/14 | J | | |
| 20. FRANKLIN GROWTH FUND (FORMERLY FRANKLIN CUSTODIAN FUND) | A | Dividend | M | T | | | | | |
| 21. FRANKLIN SMALL MID-CAP GR FUND (FORMERLY FRANKLIN STRATEGIC SERIES) | A | Dividend | L | T | Buy (add'l) | 12/16/14 | J | | |
| 22. FRANKLIN INSURED TAX-FREE INCOME FUND | E | Dividend | O | T | | | | | |
| 23. FRANKLIN MI INSURED TAX FREE | E | Dividend | O | T | | | | | |
| 24. FRANKLIN MUTUAL SERIES SHARES FUND | C | Dividend | M | T | | | | | |
| 25. FRANKLIN MUTUAL BEACON FD (FORM MUT SER BEACON FD) | D | Dividend | N | T | | | | | |
| 26. PUTNAM INVESTORS FUND | A | Dividend | K | T | | | | | |
| 27. JP MORGAN INTER. TAX FREE BOND FUND | B | Dividend | L | T | | | | | |
| 28. PUTNAM VOYAGER FUND | A | Dividend | J | T | | | | | |
| 29. TEMPLETON GROWTH FUND | C | Dividend | M | T | | | | | |
| 30. ASSETS OF POSITION 5 CO-TRUSTEE | | | | | | | | | |
| 31. JP MORGAN CHASE BANK CK.ACCT (FORMERLY BANK ONE ACCOUNT) | A | Interest | J | T | | | | | |
| 32. JP MORGAN EQUITY INCOME FUND | A | Dividend | K | T | | | | | |
| 33. JP MORGAN US EQUITY FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | None | | | | | | | |
| 35. | | None | | | | | | | |
| 36. | | None | | | | | | | |
| 37. | | None | | | | | | | |
| 38. | | None | | | | | | | |
| 39. | | None | | | | | | | |
| 40. | | None | | | | | | | |
| 41. | | None | | | | | | | |
| 42. | | None | | | | | | | |
| 43. | | None | | | | | | | |
| 44. | | None | | | | | | | |
| 45. | | None | | | | | | | |
| 46. | | None | | | | | | | |
| 47. | | None | | | | | | | |
| 48. | | None | | | | | | | |
| 49. ASSETS FROM POSITION 9 TRUSTEE (CS) | | | | | | | | | |
| 50. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. FRANKLIN INSURED TAX FREE INCOME FUND | B | Dividend | L | T | | | | | |
| 52. FRANKLIN MI INSURED TAX FREE FUND | B | Dividend | L | T | | | | | |
| 53. | | None | | | | | | | |
| 54. | | None | | | | | | | |
| 55. | | None | | | | | | | |
| 56. | | None | | | | | | | |
| 57. ASSETS FROM POSITION 9 TRUSTEE (SS) | | | | | | | | | |
| 58. | | None | | | | | | | |
| 59. FRANKLIN INSURED TAX FREE INCOME FUND | C | Dividend | L | T | | | | | |
| 60. FRANKLIN MI INSURED TAX FREE FUND | C | Dividend | L | T | | | | | |
| 61. ASSETS FROM POSITION 9 TRUSTEE (MS) | | | | | | | | | |
| 62. FRANKLIN INSURED TAX FREE INCOME FUND | C | Dividend | L | T | | | | | |
| 63. FRANKLIN MI INSURED TAX FREE FUND | C | Dividend | L | T | Sold (part) | 07/24/14 | J | | |
| 64. ASSETS FROM POSITION 9 TRUSTEE (YS) | | | | | | | | | |
| 65. FRANKLIN INSURED TAX FREE INCOME FUND | C | Dividend | L | T | | | | | |
| 66. FRANKLIN MI INSURED TAX FREE FUND | C | Dividend | L | T | Sold (part) | 07/24/14 | J | | |
| 67. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | U.S. TREASURY NOTES DUE 10/31/17 | A | Interest | K | T | | | | | |
| 69. | | | None | | | | | | | |
| 70. | TENET HEALTHCARE CORP (COM) | | None | | | Sold | 03/13/14 | K | E | |
| 71. | U.S. TREASURY NOTES DUE 10/31/19 | A | Interest | L | T | Buy (add'l) | 05/16/14 | K | | |
| 72. | CITI GROUP INC (PFD) | A | Interest | K | T | Buy | 03/27/14 | K | | |
| 73. | WELLS FARGO & CO NEW (PFD) | B | Dividend | K | T | | | | | |
| 74. | | | None | | | | | | | |
| 75. | CMS ENERGY CORP. NOTES DUE 02/23/19 | B | Interest | K | T | | | | | |
| 76. | ALCOA, INC. NOTES DUE 08/15/20 | B | Interest | K | T | | | | | |
| 77. | TOWER INTL INC (COM) | | None | K | T | Buy | 11/08/14 | K | | |
| 78. | ARCELORMITTAL BONDS DUE 03/1/21 | B | Interest | K | T | | | | | |
| 79. | ENERGY TRANSFER PTNRS BOND DUE 06/01/21 | B | Interest | K | T | | | | | |
| 80. | HEWLETT PACKARD CO BOND DUE 09/15/21 | B | Interest | K | T | | | | | |
| 81. | AEGON NV (PFD) | A | Dividend | | | Sold | 06/16/14 | K | A | |
| 82. | KIMCO REALTY CORP (PFD) | B | Dividend | K | T | | | | | |
| 83. | MERRILL LYNCH CAP TRUST III (PFD) | B | Dividend | K | T | | | | | |
| 84. | AVNET INC (COM) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. GANNETT CO (COM) | B | Dividend | L | T | Buy (add'l) | 10/14/14 | J | C | |
| 86. HAWAIIAN ELEC INDS INC. (COM) | B | Dividend | | | Sold | 10/14/14 | K | B | |
| 87. HESS CORP (COM) | A | Dividend | | | Sold | 09/12/14 | K | E | |
| 88. TRANSOCEAN INC. BOND DUE 10/15/22 | A | Interest | K | T | Buy | 06/25/14 | K | | |
| 89. WILLIAMS COMPANIES INC. BOND DUE 6/24/24 | A | Interest | K | T | Buy | 06/20/14 | K | | |
| 90. PETROLEOS MEXICO NOTES DUE 1/18/18 | A | Interest | K | T | Buy | 04/10/14 | K | | |
| 91. | | None | | | | | | | |
| 92. MDU RESOURCES GRP INC. (COM) | A | Dividend | | | Sold | 02/28/14 | K | D | |
| 93. | | None | | | | | | | |
| 94. TRW AUTOMOTIVE HLDGS CORP. (COM) | | None | | | Sold | 10/15/14 | L | E | |
| 95. PETROBRAS INT'L NOTES DUE 1/27/16 | B | Interest | K | T | | | | | |
| 96. AMERICAN INT'L GROUP NOTES DUE 9/15/16 | A | Interest | | | Sold | 07/31/14 | K | A | |
| 97. | | None | | | | | | | |
| 98. GOLDMAN SACHS CAPITAL II NOTES DUE 6/1/43 | A | Interest | K | T | | | | | |
| 99. WACHOVIA CAP TRUST III NOTES PERPETUAL | B | Interest | K | T | | | | | |
| 100. SOUTHERN CAL ED (PFD) | B | Dividend | K | T | | | | | |
| 101. US BANK CORP (PFD) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | None | | | | | | | | |
| 103. CABOT MICROELECTRS CORP (COM) | A | Dividend | K | T | Buy (add'l) | 05/07/14 | J | | |
| 104. EATON CORP (COM) | B | Dividend | K | T | | | | | |
| 105. U.S. TREASURY NOTES DUE 5/15/23 | B | Interest | M | T | Buy (add'l) | 05/14/14 | L | | |
| 106. ABBEY NAT'L TREASURY SERV NOTE DUE 4/25/14 | A | Interest | | | Sold | 04/25/14 | K | A | |
| 107. XEROX CORP NOTE DUE 5/16/14 | A | Interest | | | Sold | 05/16/14 | K | A | |
| 108. CITIGRUOP INC NOTE DUE 11/5/14 | A | Interest | | | Sold | 11/05/14 | K | A | |
| 109. TELEFONICA EMISIONES SAU NOTE DUE 2/16/16 | A | Interest | K | T | | | | | |
| 110. DIRECT TV HLDG/FIN INC NOTE DUE 3/1/16 | A | Interest | K | T | | | | | |
| 111. BANK ONE CHECKING | A | Interest | J | T | | | | | |
| 112. ALCOA, INC BONDS DUE 2/23/19 | B | Interest | K | T | | | | | |
| 113. CHEVRON CORP. (COM) | B | Dividend | K | T | Buy (add'l) | 12/08/14 | J | | |
| 114. EASTMAN CHEMICAL CO BOND DUE 6/1/17 | A | Interest | K | T | Buy | 03/26/14 | K | | |
| 115. EMERSON ELECTRIC CO. (COM) | A | Dividend | K | T | | | | | |
| 116. MYLAN INC BOND DUE 3/28/19 | A | Interest | K | T | Buy | 01/15/14 | | | |
| 117. JP MORGAN CHASE & CO NOTE DUE 2/26/16 | A | Interest | K | T | | | | | |
| 118. BECKTON DICKINSON CO (COM) | A | Dividend | K | T | Buy (add'l) | 09/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. MCKESSON CORP. (COM) | A | Dividend | L | T | Sold (part) | 01/09/14 | J | D | |
| 120. AMERICAN EXPRESS CREDIT NOTE DUE 7/29/16 | A | Interest | K | T | | | | | |
| 121. FORD MOTOR CREDIT CO LLC NOTE DUE 6/12/17 | A | Interest | K | T | | | | | |
| 122. MURPHY OIL CORP NOTE DUE 12/1/17 | A | Interest | K | T | | | | | |
| 123. BRISTOL-MYERS SQUIBB CO. (COM) | A | Dividend | K | T | | | | | |
| 124. GENERAL ELEC CAP CORP NOTE DUE 4/2/18 | A | Interest | K | T | | | | | |
| 125. COVIDIEN LTD (COM) | A | Dividend | K | T | Sold (part) | 06/16/14 | K | D | |
| 126. BOSTON SCIENTIFIC CORP NOTE DUE 10/1/18 | A | Interest | K | T | | | | | |
| 127. AT & T INC NOTE DUE 11/27/18 | A | Interest | K | T | | | | | |
| 128. LYONDELL BASELL IND NV NOTE DUE 4/15/19 | B | Interest | K | T | | | | | |
| 129. VERIZON COMMUNICATIONS BOND DUE 6/17/19 | A | Interest | K | T | Buy | 03/13/14 | K | | |
| 130. GENERAL MOTORS FINL CO NOTE DUE 7/10/19 | A | Interest | K | T | Buy | 09/29/14 | K | | |
| 131. L-3 COMMUNICATIONS CORP NOTE DUE 10/15/19 | B | Interest | K | T | | | | | |
| 132. HSBC HLDGS PLC (PFD) | B | Dividend | K | T | | | | | |
| 133. METLIFE INC (PFD) | A | Dividend | | | Sold | 10/31/14 | K | A | |
| 134. | | None | | | | | | | |
| 135. AMERICAN EAGLE OUTFITTERS (COM) | A | Dividend | K | T | Buy (add'l) | 01/23/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. AMERICAN AIRLINES GROUP INC (COM) | A | Dividend | K | T | Buy (add'l) | 10/09/14 | J | | |
| 137. HCP INC. (FORMERLY HEALTH CARE PPTY INVS (COM) (REIT)) | B | Dividend | K | T | | | | | |
| 138. LINCOLN NATIONAL CORP NOTES DUE 7/1/19 | B | Interest | K | T | | | | | |
| 139. RAYTHEON COMPANY (COM) | B | Dividend | L | T | Buy (add'l) | 10/09/14 | J | | |
| 140. SCHLUMBERGER LTD (COM) | A | Dividend | K | T | | | | | |
| 141. ASCENA RETAIL GROUP INC (COM) | A | Dividend | | | Sold | 06/19/14 | K | A | |
| 142. CAMERON INT'L CORP (COM) | A | Dividend | K | T | Buy | 10/27/14 | J | | |
| 143. MARATHON OIL CORP | A | Dividend | | | Sold | 12/08/14 | K | C | |
| 144. HEALTH CARE REIT INC (COM) | B | Dividend | K | T | | | | | |
| 145. CSX CORP (COM) | A | Dividend | K | T | Sold (part) | 10/13/14 | K | D | |
| 146. DEERE CO (COM) | B | Dividend | K | T | Buy (add'l) | 02/03/14 | K | | |
| 147. MEADWEST VACO CORP (COM) | A | Dividend | | | Sold | 05/07/14 | K | E | |
| 148. GOOD YEAR TIRE RUBBER (COM) | A | Dividend | K | T | Buy | 06/19/14 | K | | |
| 149. KENNAMETAL INC (COM) | A | Dividend | | | Sold | 06/30/14 | K | D | |
| 150. DISNEY (WALT) CO (COM) | A | Dividend | K | T | Sold (part) | 02/14/14 | K | D | |
| 151. HOLLYFRONTIER CORP (COM) | A | Dividend | K | T | Buy | 09/12/14 | K | | |
| 152. GLATFELTER (COM) | A | Dividend | K | T | Buy (add'l) | 07/17/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. SIMON PROP GROUP REIT | A | Dividend | K | T | | | | | |
| 154. HASBRO INC (COM) | A | Dividend | | | Sold | 11/13/14 | L | D | |
| 155. PHILLIPS 66 SHS (COM) | A | Dividend | K | T | Buy (add'l) | 02/13/14 | J | | |
| 156. TUPPERWARE BRANDS CORP (COM) | B | Dividend | K | T | Buy (add'l) | 01/29/14 | K | | |
| 157. UNISYS CORP (COM) | | None | | | Sold | 09/15/14 | K | | |
| 158. | | None | | | | | | | |
| 159. WASHINGTON REAL ESTATE INVEST. TRUST (COM) | A | Dividend | K | T | | | | | |
| 160. POWERSHARES EXCHANGE SENIOR LOAN PORT.FUND | B | Dividend | K | T | | | | | |
| 161. WASTE MANAGEMENT INC NEW (COM) | B | Dividend | K | T | | | | | |
| 162. XEROX CORP (COM) | A | Dividend | | | Sold | 01/27/14 | K | D | |
| 163. ALLETE INC (COM) | A | Dividend | K | T | Buy | 10/10/14 | K | | |
| 164. APPLE INC (COM) | A | Dividend | L | T | Buy | 03/24/14 | K | | |
| 165. | | None | | | | | | | |
| 166. | | None | | | | | | | |
| 167. GOLDMAN SACH GROUP INC. SR. NOTE DUE 1/15/14 | | None | | | Sold | 01/15/14 | K | A | |
| 168. | | None | | | | | | | |
| 169. | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | None | | | | | | | |
| 171. IRA ROLLOVER JP MORGAN CHASE BANK | | | | | | | | | |
| 172. JP MORGAN CASH - US DOLLAR | A | Interest | K | T | | | | | |
| 173. GATEWAY FUND - Y | A | Dividend | J | T | Sold (part) | 12/19/14 | J | A | |
| 174. OAKMARK INTERNATIONAL FUND | A | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 175. VANGUARD FTSE EUROPE ETF (FORMERLY VANGUARD MSC1 EUROPE ETF) | A | Dividend | | | Sold | 10/09/14 | J | A | |
| 176. | | None | | | | | | | |
| 177. MANNING & NAPIER FUND INC | A | Dividend | | | Sold | 11/14/14 | J | B | |
| 178. HARTFORD CAPITAL APPRECIATION FD | A | Dividend | J | T | | | | | |
| 179. SPDR S & P 500 EFT TRUST | A | Dividend | L | T | Buy (add'l) | 08/21/14 | J | | |
| 180. ABERDEEN ASIA PACIFIC EQUITY FD | A | Dividend | J | T | Buy (add'l) | 10/13/14 | J | | |
| 181. MATTHEWS PACIFIC TIGER FD | A | Dividend | J | T | Sold (part) | 12/19/14 | J | A | |
| 182. JPM CHINA REGION FD | A | Dividend | | | Sold | 03/07/14 | J | A | |
| 183. BROWN ADV JAPAN ALPHA OPP-IS FD | A | Dividend | J | T | Buy | 03/07/14 | J | | |
| 184. PIMCO FDS UNCON STR BD | | None | J | T | Sold (part) | 12/19/14 | J | | |
| 185. EQUINOX FUNDS TR | | None | J | T | Sold (part) | 12/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. JP MORGAN MARKET EXPANSION INDEX FD | A | Dividend | J | T | Sold (part) | 02/26/14 | J | A | |
| 187. | | None | | | | | | | |
| 188. | | None | | | | | | | |
| 189. | | None | | | | | | | |
| 190. | | None | | | | | | | |
| 191. | | None | | | | | | | |
| 192. PRUDENTIAL INVT PORTFOLIOS 9 FD | A | Dividend | J | T | Buy | 06/20/14 | J | | |
| 193. THE ARBITRAGE FUND - I | | None | J | T | | | | | |
| 194. EATON VANCE GLOBAL MARCO-I (FORMERLY EATON VANCE MUT FDS TR) | | None | | | Sold | 03/24/14 | J | A | |
| 195. | | None | | | | | | | |
| 196. JPM EM MRKT EQUITY FUND | | None | | | Sold | 02/07/14 | J | | |
| 197. GOTHAM ABSOLUTE RETURN FD | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 198. | | None | | | | | | | |
| 199. RIDGEWORTH FUND | A | Dividend | | | Sold | 07/09/14 | J | A | |
| 200. INV BALANCED-RISK ALLOC-Y (FORMERLY AIM INVT FDS - BAL RISK ALL) | | None | J | T | Sold (part) | 08/14/14 | J | A | |
| 201. EATON VANCE FLOATING RATE ADVANTAGE 1 | | None | | | Sold | 03/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. PIMCO COMMODITIES PLUS STRATEGY P | A | Dividend | J | T | Sold (part) | 01/16/14 | J | | |
| 203. | | None | | | | | | | |
| 204. JPM INTL CURRENCY INCOME FD | | None | | | Sold | 01/16/14 | J | | |
| 205. | | None | | | | | | | |
| 206. ASSETS OF POSITION 3 TRUSTEE | | | | | | | | | |
| 207. CHASE CHECKING ACCOUNT | | None | K | T | Buy | 01/01/14 | K | | |
| 208. HUNTINGTON BANK CHECKING ACCOUNT | A | Interest | L | T | Buy | 01/01/14 | L | | |
| 209. LARK ASSOCIATES PARTNERSHIP TRAVERSE CITY MI | | None | J | U | Buy | 01/01/14 | J | | |
| 210. | | None | | | | | | | |
| 211. | | None | | | | | | | |
| 212. | | None | | | | | | | |
| 213. | | None | | | | | | | |
| 214. | | None | | | | | | | |
| 215. | | None | | | | | | | |
| 216. | | None | | | | | | | |
| 217. | | None | | | | | | | |
| 218. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. | | None | | | | | | | |
| 220. | | None | | | | | | | |
| 221. | | None | | | | | | | |
| 222. COMERICA BANK (CHECKING) | | None | K | T | | | | | |
| 223. VOYA INS & ANNUITY CO (FRMLY ING USA ANNUITY & LIFE INS. CO.) | D | Distribution | L | T | | | | | |
| 224. NATIONWIDE LIFE INS. CO/BEST OF AMERICA ANNUITY | C | Distribution | L | T | | | | | |
| 225. JOHN HANCOCK LIFE INS. CO - ANNUITY | | None | N | T | | | | | |
| 226. | | None | | | | | | | |
| 227. PRUDENTIAL ANNUITIES LIFE ASSURANCE CORP | D | Distribution | K | T | | | | | |
| 228. IRA ACCT WELLS FARGO ADV (FRMLY WACHOVIA SECURITIES:) | B | Distribution | J | T | | | | | |
| 229. WELLS FARGO ADV (FRMLY WACHOVIA BANK) BANK DEPOSIT SWEEP | | None | J | T | | | | | |
| 230. DEUTSCHE GLOBAL/INTL FD INC | | None | J | T | Buy | 04/09/14 | J | | |
| 231. NEW PERSPECTIVE FD INC. | | None | J | T | Sold (part) | 04/09/14 | J | | |
| 232. | | None | | | | | | | |
| 233. | | None | | | | | | | |
| 234. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | None | | | | | | | |
| 236. | | None | | | | | | | |
| 237. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 238. BERRY PLASTICS GROUP INC (COM) | | None | K | T | Buy | 06/11/14 | K | | |
| 239. AGILENT TECHNOLOGIES INC (COM) | A | Dividend | K | T | Sold (part) | 11/26/14 | J | | |
| 240. KEYSIGHT TECHNOLOGIES INC (COM) | | None | K | T | Buy | 11/26/14 | K | | |
| 241. RR DONNELLEY SONS (COM) | B | Dividend | K | T | Buy | 02/28/14 | K | | |
| 242. AIR PRODUCTS & CHEM (COM) | B | Dividend | L | T | | | | | |
| 243. BOSTON SCIENTIFIC CORP (COM) | | None | K | T | Buy | 09/11/14 | K | | |
| 244. IRA ROLLOVER JP MORGAN CHASE | | | | | | | | | |
| 245. I SHARES TR BARCLAYS TIPS BD FD (FRMLY I SHARES TR US TREAS) | A | Dividend | J | T | | | | | |
| 246. JP MORGAN HIGH YIELD BOND FUND | B | Dividend | J | T | Sold (part) | 07/09/14 | J | A | |
| 247. JP MORGAN SHORT DURATION BOND FD | A | Dividend | K | T | | | | | |
| 248. DOUBLE LINE FDS TR | A | Dividend | J | T | Sold (part) | 12/19/14 | J | | |
| 249. DODGE & COX INCOME FUND | A | Dividend | J | T | Sold (part) | 12/19/14 | J | A | |
| 250. JP STRAT INC OPP FD | A | Dividend | J | T | Buy | 07/09/14 | J | | |
| 251. JPM UNCONSTRAINED DEBT FD - SELECT | A | Dividend | J | T | Buy | 07/09/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 252. | | None | | | | | | | |
| 253. | | None | | | | | | | |
| 254. JP MORGAN INTREPID AMERICA FUND | A | Dividend | J | T | Sold (part) | 02/26/14 | J | A | |
| 255. | | None | | | | | | | |
| 256. JPM INTREPID VALUE FUND | A | Dividend | | | Sold | 08/21/14 | J | C | |
| 257. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 258. MERRILL LYNCH CMA MONEY FUND | A | Dividend | M | T | Buy (add'l) | 07/01/14 | K | | |
| 259. | | None | | | | | | | |
| 260. | | None | | | | | | | |
| 261. CNA FINANCIAL CORP (COM) | A | Dividend | K | T | Buy | 04/30/14 | K | | |
| 262. RYDER SYSTEM INC (COM) | A | Dividend | K | T | Buy | 06/26/14 | K | | |
| 263. EW SCRIPPS CO OHIO (COM) | | None | K | T | Buy | 08/05/14 | K | | |
| 264. | | None | | | | | | | |
| 265. | | None | | | | | | | |
| 266. | | None | | | | | | | |
| 267. TECO ENERGY INC. (COM) | | None | | | Sold | 04/21/14 | J | B | |
| 268. | | None | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 269. | | None | | | | | | | |
| 270. TYCO INT'L LTD NAMEN-AKT (COM) | A | Dividend | | | Sold | 09/11/14 | K | E | |
| 271. | | None | | | | | | | |
| 272. | | None | | | | | | | |
| 273. MORGAN STANLEY (COM) | A | Dividend | L | T | | | | | |
| 274. | | None | | | | | | | |
| 275. | | None | | | | | | | |
| 276. | | None | | | | | | | |
| 277. | | None | | | | | | | |
| 278. KELLOGGS CO (COM) | A | Dividend | | | Sold | 04/21/14 | K | C | |
| 279. BANK OF AMERICA NA SUB NOTES DUE 8/15/16 | B | Interest | K | T | | | | | |
| 280. | | None | | | | | | | |
| 281. | | None | | | | | | | |
| 282. COMCAST CORP. NOTES DUE 1/15/15 | B | Interest | K | T | | | | | |
| 283. KROGER CO (COM) | A | Dividend | K | T | Buy (add'l) | 02/04/14 | J | | |
| 284. | | None | | | | | | | |
| 285. | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 286. MEDTRONIC INC (COM) | A | Dividend | K | T | | | | | |
| 287. | | None | | | | | | | |
| 288. | | None | | | | | | | |
| 289. NESTLE SA REP RG | A | Dividend | K | T | | | | | |
| 290. | | None | | | | | | | |
| 291. TWENTY-FIRST CENTURY FOX (FRMLY NEWS CORP.) (COM) | A | Dividend | | | Sold | 07/16/14 | K | E | |
| 292. JP MORGAN CHASE SUB NOTES DUE 10/1/15 | B | Interest | K | T | | | | | |
| 293. | | None | | | | | | | |
| 294. NORTHEAST UTILITIES (COM) | B | Dividend | K | T | | | | | |
| 295. MORGAN STANLEY SUB NOTES DUE 4/1/14 | A | Interest | | | Sold | 04/01/14 | K | C | |
| 296. | | None | | | | | | | |
| 297. | | None | | | | | | | |
| 298. | | None | | | | | | | |
| 299. QWEST CORP NOTES DUE 6/1/17 | B | Interest | K | T | | | | | |
| 300. | | None | | | | | | | |
| 301. | | None | | | | | | | |
| 302. | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 303. SUNTRUST BANKS INC NOTES DUE 12/1/17 | B | Interest | K | T | | | | | |
| 304. XEROX CORP NOTES DUE 5/15/14 | B | Interest | | | Sold | 05/15/14 | K | A | |
| 305. | | None | | | | | | | |
| 306. IRA ROLLOVER JP MORGAN CHASE (FRMERLY BANK ONE) | | | | | | | | | |
| 307. | | None | | | | | | | |
| 308. | | None | | | | | | | |
| 309. FMI LARGE CAP FD (FORMERLY FMI FDS INC LARGE CAP FD) | A | Dividend | J | T | Sold (part) | 12/19/14 | J | B | |
| 310. | | None | | | | | | | |
| 311. | | None | | | | | | | |
| 312. | | None | | | | | | | |
| 313. | | None | | | | | | | |
| 314. JP MORGAN US LARGE CAP CORE PLUS FD | A | Dividend | K | T | Sold (part) | 12/19/14 | J | B | |
| 315. | | None | | | | | | | |
| 316. JPM MID CAP GROWTH FUND | | None | J | T | Sold (part) | 02/28/14 | J | A | |
| 317. ISHARES MSCI EAFE INDEX FUND | B | Dividend | K | T | Sold (part) | 12/19/14 | J | A | |
| 318. MFS INTL FUND | A | Dividend | J | T | Sold (part) | 12/19/14 | J | A | |
| 319. T. ROWE PRICE OVERSEAS STOCK FUND | A | Dividend | K | T | Sold (part) | 12/19/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 320. | | None | | | | | | | |
| 321. | | None | | | | | | | |
| 322. I SHARES CORE S&P MID-CAP ETF (FRMLY I SHARES S&P MID CAP) | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 323. | | None | | | | | | | |
| 324. | | None | | | | | | | |
| 325. | | None | | | | | | | |
| 326. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 327. OCCIDENTAL PETE CORP CAL | B | Dividend | K | T | | | | | |
| 328. APPLIED MATERIAL SR. NOTES DUE 10/15/17 | B | Interest | K | T | | | | | |
| 329. | | None | | | | | | | |
| 330. ENTERPRISE PRODUCTS OPER NOTES DUE 1/15/68 | B | Interest | K | T | | | | | |
| 331. | | None | | | | | | | |
| 332. LEHMAN BROTHERS HODGS SUB NOTES DUE 7/19/17 | | None | J | T | | | | | |
| 333. | | None | | | | | | | |
| 334. MERRILL LYNCH & CO NOTES DUE 8/28/17 | B | Interest | K | T | | | | | |
| 335. OSHKOSH CORP (COM) | A | Dividend | K | T | Buy | 11/13/14 | K | | |
| 336. | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 337. | | None | | | | | | | |
| 338. | | None | | | | | | | |
| 339. BANK OF AMERICA NOTES DUE 12/29/49 | B | Interest | K | T | | | | | |
| 340. | | None | | | | | | | |
| 341. | | None | | | | | | | |
| 342. PEPSICO, INC (COM) | B | Dividend | K | T | | | | | |
| 343. JP MORGAN CHASE NOTES DUE 4/29/49 | B | Interest | K | T | | | | | |
| 344. RAYMOND JAMES FINL CO (COM) | A | Dividend | L | T | | | | | |
| 345. | | None | | | | | | | |
| 346. WASHINGTON REIT NOTES DUE 5/1/15 | B | Interest | K | T | | | | | |
| 347. WELLS FARGO&CO NOTES DUE 2/28/49 | A | Interest | J | T | | | | | |
| 348. | | None | | | | | | | |
| 349. KATHLEEN STRAUS LIVING TRUST (7/13/95) (POSITION 23) | | | | | | | | | |
| 350. BLACK ROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |
| 351. EATON VANCE NAT'L MUNI INC FD | B | Dividend | K | T | | | | | |
| 352. EATON VANCE TAX MANAGED GROWTH FUND | B | Dividend | M | T | | | | | |
| 353. FIDELITY ADV BALANCED FUND | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 354. OPPENHEIMER GLOBAL STRATEGIC INCOME FUND | A | Dividend | J | T | | | | | |
| 355. | | None | | | | | | | |
| 356. BLACKROCK MUNIYIELD | A | Dividend | J | T | | | | | |
| 357. INCOME FUND OF AMERICA CL A | A | Dividend | K | T | | | | | |
| 358. FIRST TRUST RICH BRSTN ADV TCTCL SRS | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 359. GROWTH FUND OF AMERICA CL A | A | Dividend | K | T | | | | | |
| 360. INCOME FUND OF AMERICA CL B | A | Dividend | | | Sold | 01/14/14 | J | | |
| 361. KEELEY FUNDS INC SMALL CAP VALUE FUND | A | Dividend | J | T | | | | | |
| 362. AIM INVESCO COMSTOCK FD A (FRMLY AIM INVSCO VK COMSTOCK A) | A | Dividend | K | T | | | | | |
| 363. NUVEEN INVT TR MULTI MGR L/C VALUE FD A | A | Dividend | K | T | | | | | |
| 364. NUVEEN MI MUNI BD FD CL A | B | Interest | K | T | | | | | |
| 365. DEUTSCHE GLOBAL/INTL FD INC GLOBAL INFRSTRCTR | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 366. | | None | | | | | | | |
| 367. TRANSAMERICA A/A CONSERV | A | Dividend | J | T | | | | | |
| 368. INVESCO TECHNOLOGY SECTOR | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **WALTER SHAPERO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544